# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SAI NGO NG | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-1454-S-BT |
| | § | |
| MARC MOORE, in his official | § | |
| capacity, Field Office Director | § | |
| ICE Enforcement and Removal | § | |
| Operations, Dallas, Texas, et al. | § | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED November 5, 2020.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**